UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-60180-WPD

JOEL LUCOFF,

    Plaintiff,

vs.

CHASE BANK USA, N.A.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT AND REQUEST FOR EXTENSION OF TIME

Plaintiff, Joel Lucoff, by and through undersigned counsel, hereby gives notice of a pending settlement with regard to the instant action. The parties have reached a tentative settlement and are presently in the process of negotiating and drafting the formal settlement documents. Plaintiff respectfully requests that this Court allow the parties thirty (30) days to finalize and file the appropriate dismissal documents.

Submitted this 13th day of August 2018.

By: /s/ *Christopher Legg*
Christopher W. Legg, Esq.
Fla. Bar No.: 44460

CHRISTOPHER W. LEGG, P.A.
499 E. Palmetto Park Rd., Ste. 228
Boca Raton, FL 33432
Office: 954-962-2333
Chris@theconsumerlawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 13, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Christopher Legg*
Christopher W. Legg, Esq.